UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROGER KAREEM WOODARD,

               Petitioner,

    v.

JERI BOE,

               Respondent.

CASE NO. 3:25-cv-05086-JLR-BAT

**ORDER GRANTING STAY**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    This matter is stayed and abeyed pending finality of state proceedings.

    (3)    Respondent and Petitioner <u>each</u> shall file a status report with Magistrate Judge Brian A. Tsuchida every one hundred twenty (120) days, starting one hundred twenty (120) days from the date of this Order. If state proceedings conclude before a 120-day reporting period, the parties shall immediately notify the Court.

    (4)    All pending deadlines are stricken, and Respondent need not file an Answer to the federal habeas petition until forty-nine (49) days after the stay of proceedings is lifted. If

ORDER GRANTING STAY - 1

Petitioner files an amended habeas petition, Respondent's Answer to the amended petition is due 49 days from the filing of the amended petition.

    (5)    This matter remains referred to the assigned Magistrate Judge.

    (6)    The Clerk is directed to send copies of this Order to the parties.

Dated this 10th day of April, 2025.

                                        JAMES L. ROBART
                                        United States District Judge